UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

YVONNE SPEARS,

    Plaintiff,

v.                                                 Case No. 11-C-640

MICHAEL J. ASTRUE,

    Defendant.

**ORDER**

Plaintiff has filed a civil action in this Court. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. Section 1915 is meant to ensure indigent litigants meaningful access to federal courts. *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. (Dkt 2.) Upon review of that affidavit, it appears that plaintiff is unable to pay the filing fee. Accordingly, the motion to proceed *in forma pauperis* is **GRANTED.**

**SO ORDERED** this   5th   day of July, 2011.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach
                                                           United States District Judge